## G. W. TRAPP, ASSESSOR, ETC., V. C. F. WHITE AND ANOTHER.

The act of November 6, 1866, "to levy taxes," imposed a State tax of five dollars upon each representation of "theatres or dramatic repre-

sentations, for which pay for admittance is demanded or received.'' The proprietors of the "Galveston Theatre" obtained an injunction against this tax, on their allegations that their theatre was a permanent and fixed establishment ; that there was no permanent or established theatre within this State when the act was passed, and that it applied only to transient or strolling performances. *Held*, that the injunction was erroneously granted ; and that the act of 1866 levied the tax as well upon the plaintiffs' theatre as on any other.

ERROR from Galveston. Tried below before the Hon. George R. Scott.

The material allegations of the bill are indicated in the head-note.

No briefs have come to the hands of the reporter.

WALKER, J.—The fifth section of the act of November 6, 1866, undoubtedly authorizes the assessment and collection of the tax against which the injunction in this case was sued out. The errors assigned are well taken. The court erred in granting the injunction—in overruling the motion to dissolve, and making the injunction perpetual. The judgment is therefore reversed, and the cause remanded.

REVERSED AND REMANDED.